IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CONN J. MALONEY,**  3:09-CV-1411-PK

        Petitioner,  **JUDGMENT**

v.

**BRIAN BELLEQUE,**

        Respondent.

    Based on the Court's Order (#_40_) issued December 1, 2011, the Court **DISMISSES** this matter **with prejudice.**

    IT IS SO ORDERED.

    DATED this 1st day of December, 2011.

/s/ Anna J. Brown
_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT